IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LISA JAN ALVAREZ | ) | Bankruptcy Case No. |
| a/k/a | ) | 05-48474-drd |
| THE RENOVA GROUP, INC. | ) | |
| a/k/a | ) | |
| 31ST STREET HOLDING COMPANY LLC, | ) | |
| | ) | |
| Debtor. | ) | Adv. No. 06-04031-drd |
| | ) | |
| KEVIN and KRISTIN MCARDLE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| LISA JAN ALVAREZ | ) | |
| a/k/a | ) | |
| THE RENOVA GROUP, INC. | ) | |
| a/k/a | ) | |
| 31ST STREET HOLDING COMPANY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment pursuant to § 523(a)(2)(A) is granted.  It is further

ORDERED that Plaintiffs' Motion for Summary Judgment pursuant to § 523(a)(6) is denied as moot.

SO ORDERED this 25th day of May, 2006.

/s/ Dennis R. Dow
THE HONORABLE DENNIS R. DOW
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Christian J. Kelly
Lisa Jan Alvarez